```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
STEVEN FINKELSTEIN,                                         :
                                                            :
                            Petitioner,                     :
                                                            :     18-CV-2570 (VSB)
              -against-                                     :
                                                            :           **ORDER**
STEPHEN CLAUDIO,                                            :
                                                            :
                            Respondent.                     :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On June 16, 2021, Magistrate Judge Ona T. Wang issued a Report and Recommendation recommending that Petitioner Finkelstein's petition for habeas corpus be denied. (Doc. 11.) The Report and Recommendation stated that Petitioner's objections to it must be served within fourteen days, i.e. by June 30, 2021. (*See id.* at 21.) Although a copy of the Report and Recommendation were mailed to Petitioner, that mailing was returned as undeliverable. And after a diligent search, I have been unable to locate Petitioner, who did not update the Court with a current address as is required of him.

ORDERED that I will consider the Report and Recommendation as not objected to unless, on or before August 16, 2021, Petitioner (1) provides to the Court his current address; (2) files his objections to the Report and Recommendation; and (3) files a letter with the Court explaining why he failed to update his address sooner. Upon receipt of these materials I will decide whether or not it is appropriate to consider Petitioner's objections.

SO ORDERED.

Dated: July 16, 2021
New York, New York

_____
VERNON S. BRODERICK
United States District Judge

SO ORDERED.

Dated: July 16, 2021
      New York, New York

                                                              _____
                                                              Vernon S. Broderick
                                                              United States District Judge