```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
STEVEN FINKELSTEIN,                                       :
                                                          :
                              Petitioner,                 :
                                                          :       18-CV-2570 (VSB) (OTW)
               -against-                                  :
                                                          :              ORDER
STEPHEN CLAUDIO,                                          :
                                                          :
                              Respondent.                 :
                                                          :
----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

On May 27, 2021, Magistrate Judge Ona T. Wang issued a thorough, 22-page Report and Recommendation, which recommends that the pro se Petitioner's Petition for a Writ of Habeas Corpus be denied, and it notified Petitioner that "failure to file objections within fourteen (14) days will result in a waiver of objections and will preclude appellate review." (Doc. 11, at 21–22 (emphases removed).) On July 16, 2021, I extended Petitioner's time to file an objection to August 16, 2021. (Doc. 12.) That time has passed, and Petitioner has still not filed objections, or otherwise sought an extension of time to file such objections.

"When no objections to a Report and Recommendation are timely made, the 'district court need only satisfy itself that there is no clear error on the face of the record.'" *Bracey v. Graham*, 16-CV-7919 (VSB) (DF), 2021 WL 4950890, at *1 (S.D.N.Y. Oct. 25, 2021) (quoting, ultimately, *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)). I have reviewed the record and the Report and Recommendation for clear error and have found none.

Accordingly, for the reasons stated in the Report & Recommendation, I DENY Petitioner's Petition in its entirety and DISMISS this action. Because Petitioner has not made a

substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c)(2).

The Clerk of Court is respectfully directed to mail a copy of this Order to the Petitioner and to close this action.

SO ORDERED.

Dated: November 3, 2021
      New York, New York

                                                Vernon S. Broderick
                                                United States District Judge