**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
STEVEN FINKELSTEIN,

                        Petitioner,               18 **CIVIL** 2570 (VSB) (OTW)

       -against-                          **JUDGMENT**

STEPHEN CLAUDIO,

                        Respondent.
---------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated November 3, 2021, for the reasons stated in the Report & Recommendation, I DENY Petitioner's Petition in its entirety and DISMISS this action. Because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c)(2); accordingly, this action is closed.

**DATED:**  New York, New York
          November 4, 2021

                                      **RUBY J. KRAJICK**
                                _____
                                    **Clerk of Court**
          **BY:**
                                      **Deputy Clerk**